PROB 12A
(Rev.5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Samuel Adam Taylor     Case Number: 3:13-00259

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Name of Sentencing Judicial Officer: The Honorable Thomas B. Russell, U.S. District Judge, WDKY

Date of Original Sentence: February 3, 2004

Original Offense: Count One 18 U.S.C. 2113(a) & 2 Aiding and Abetting Bank Robbery; Count Two 18 U.S.C. 2113(d) & 2 Aiding and Abetting Armed Robbery; Count Three 18 U.S.C. 924(c)(1)(A) &2 Aiding and Abetting Use and Brandish a Firearm in a Crime of Violence, to Wit: Armed Bank Robbery; Count Four 18 U.S.C. 922(j), 924(a)(2) & 2 Aiding and Abetting Possession of a Stolen Firearm; Count Five 18 U.S.C. 2312 & 2 Aiding and Abetting Interstate Transportation of a Stolen Vehicle; and Count Six 18 U.S.C. 844(i) & 2 Aiding and Abetting Destruction of a Vehicle by Means of Fire

Original Sentence: 120 months' custody followed by 5 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: March 16, 2012

Assistant U.S. Attorney: Unassigned     Defense Attorney: Unassigned

---

**THE COURT ORDERS:**
☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this ___1___ day of __March__, 2014,
and made a part of the records in the above case.

_Eric Illarmo_
Eric Illarmo
U.S. Probation Officer

_Todd J. Campbell_
Todd J. Campbell
U.S. District Judge

Place     Nashville, Tennessee

Date     February 27, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernailia related to such substances, except as prescribed by a physician.**

On February 13, 2014, the defendant submitted a urine sample which tested positive for marijuana. He admitted to using the substance on his birthday, January 16, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Samuel Adam Taylor began his term of supervised release on May 13, 2011, and is currently scheduled to complete his term on May 12, 2015. He is currently employed by Ragghianti Contractors.

On February 13, 2014, the defendant submitted a urine sample which tested positive for marijuana, as reported above. He will be referred to the Guidance Center for a substance abuse assessment and any recommended treatment. Mr. Taylor will also be placed on the Probation Office's random drug testing program.

Mr. Taylor has not made a payment toward restitution since 2012; however, the Clerk's Office indicates that the victim, U.S. Auto, Inc. is unlocatable. Research by the Probation Office indicates the business is defunct, and the registered agent is unlocatable.

**Update of Offender Characteristics:**
There is no additional information relevant to this section that has not already been provided in this petition.

**U.S. Probation Officer Recommendation:**
It is recommended that the defendant be continued on supervision with no further action taken at this time, to allow him to take advantage of any needed substance abuse treatment. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer